FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>JESUS TORRES,<br><br>                  Defendant. | CASE NO. 4:17-CR-06015-EFS-1<br><br>**ORDER DENYING WITH LEAVE TO RENEW DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE** |

On May 20, 2020, Defendant Jesus Torres filed a letter, which this Court construes as a Motion for Compassionate Release[1] due to COVID-19 and the related health concerns given that he is in Bureau of Prisons' custody at a BOP facility with several positive COVID-19 inmates and staff, along with two inmate deaths due to COVID-19.[2] Defendant did not identify what legal authority he relies on, but the Court anticipates he seeks compassionate relief pursuant to 18 U.S.C. § 3582(c)(1). Before a prisoner may seek court relief under § 3582(c)(1), the prisoner must exhaust his administrative rights through the Bureau of Prisons. In his pro se motion, Defendant did not advise if he exhausted his administrative remedies.

---

[1] ECF No. 237.

[2] See https://www.bop.gov/coronavirus/ (last visisited May 21, 2020).

Order- 1

Accordingly, the Court denies Defendant's motion with leave to renew after his administrative remedies have been exhausted or waived.

If Defendant desires to file a new motion with this Court for compassionate release, Defendant is encouraged to seek the assistance of his previously appointed former counsel, Nick Veith (208-664-9494). In addition, Defendant is encouraged to provide the Court with the following information and *supporting documentation* if he files a subsequent motion for compassionate release: 1) Defendant's administrative request for sentence reduction submitted to the warden of the institution in which Defendant is housed and the action taken by the warden on such request; 2) Defendant's medical conditions and related medical needs and medications; 3) his projected release date, 4) Defendant's proposed release plans (Defendant is encouraged to discuss and develop his proposed release plan with his case manager if granted home confinement or a furlough); and 5) any other information to aid the Court in assessing whether compassionate relief is appropriate.

Accordingly, **IT IS HEREBY ORDERED**: Defendant's construed Motion for Compassionate Release, **ECF No. 237**, is **DENIED with leave to renew**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Defendant, all counsel (including Nick Vieth), and the U.S. Probation Office.

**DATED** this   22nd   day of May 2020.

                    s/Edward F. Shea
                    EDWARD F. SHEA
              Senior United States District Judge